UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD KAMMEN,<br>　　　　Petitioner,<br><br>　　v.<br><br>GEN. JAMES N. MATTIS<br>in his official capacity as SECRETARY<br>OF DEFENSE,<br><br>HARVEY RISHIKOF,<br>in his official capacity as CONVENING<br>AUTHORITY, DEPARTMENT OF<br>DEFENSE, OFFICE OF MILITARY<br>COMISSIONS<br><br>COL. VANCE SPATH (AIR FORCE), in<br>his official capacity as DEPARTMENT OF<br>DEFENSE, MILITARY COMMISSION,<br><br>　　　　Respondents. | *SEALED*<br><br>Cause No. 1:17-cv-03951-RLY-DML |

## NOTICE OF INTENT TO FILE PETITION FOR WRIT OF HABEAS CORPUS

　　Comes now, Richard Kammen, by counsel, Jessie Cook and Robert W. Hammerle, and notifies the Court of his intent to file a Petition for Writ of Habeas Corpus in the event any process issues out of the Military Commission in Guantanamo Bay, Cuba commanding his arrest or detention.

　　In support of this notice, Mr. Kammen shows the Court that he is prepared to file a Petition for Writ of Habeas Corpus challenging the lawfulness of any detention order.

　　This matter should be maintained under seal unless and until such time as an order of arrest or detention issues from the Military Commission.  This notice is provided to the Court as a courtesy in order to promote the orderly processing of this case.  The

mental processes of Mr. Kammen and his counsel should not be disclosed to the general public or the Military Commission unless and until it becomes necessary to file the proposed action.

WHEREFORE, Richard Kammen, by counsel, notifies the Court of his intent to file a Petition for Writ of Habeas Corpus in the event process issues from the Military Commission in Guantanamo Bay commanding his detention or arrest.  Mr. Kammen, by counsel, further requests the Court permit the filing of this Notice under seal unless and until such process issues.

DATED this 27th day of October 2017.

Respectfully submitted,

/s/ *Jessie A. Cook*
Jessie A. Cook
400 Wabash Ave., Suite 212
Terre Haute, IN  47807
jessieacook@icloud.com

/s/ *Robert W. Hammerle*
Robert W. Hammerle
Pence Hensel
135 N. Pennsylvania St. Suite 1600
Indianapolis, IN  46204
(317) 833-1111
rhammerle@pencehensel

COUNSEL FOR RICHARD KAMMEN