# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| RICHARD KAMMEN )<br>　　　　Plaintiff(s), )<br>　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>JAMES N. MATTIS　　　　 )<br>　　　　Defendant(s) )　| CASE NO. 1:17–cv–03951–RLY–DML<br>　*SEALED* |

## ORDER REASSIGNING CASE

　　　Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40–1(f) of the Southern District of Indiana, the Clerk is directed to randomly reassign this case to District Judge . Upon completion of the reassignment the Clerk will notify the parties in the case of the newly assigned Judge.


DATE: November 2, 2017　　　　　　　　　 s/   Judge Richard L. Young
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Southern District of Indiana