UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD L. KAMMEN,<br>    Petitioner,<br><br>  v.<br><br>GEN. JAMES N. MATTIS<br>in his official capacity as SECRETARY<br>OF DEFENSE, and<br><br>HARVEY RISHIKOF,<br>in his official capacity as CONVENING<br>AUTHORITY, DEPARTMENT OF<br>DEFENSE, OFFICE OF MILITARY<br>COMISSIONS, and<br><br>COL. VANCE H. SPATH (AIR FORCE),<br>in his official capacity as MILITARY<br>JUDGE, MILITARY COMMISSIONS<br>TRIAL JUDICIARY, DEPARTMENT OF<br>DEFENSE, and<br><br>    Respondents. | No.1:17-cv-03951-TWP-DML |

## MOTION TO UNSEAL CASE

Comes now Petitioner, Richard L. Kammen, by counsel, Jessie A. Cook and Robert Hammerle, respectfully requests the Court to unseal this case and in support of said motion states that the reasons for holding this case under seal no longer exist.

**WHEREFORE,** Defendant prays the Court to grant Defendant's Motion to unseal case.

Respectfully submitted,

/s/ *Jessie A. Cook*
JESSIE A. COOK
Law Office of Jessie A. Cook

        400 Wabash Avenue #212
        Terre Haute, IN 47807
        (812) 232-4634
        jessieacook@icloud.com

## **CERTIFICATE OF SERVICE**

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Col. Vance Spath, Military Judge, was served via email at martin.l.sims.civ@mail.mil because on information and belief there is no mail service in Guantanamo Bay, Cuba.

The following parties have been served via United States Mail with first class postage affixed:

General James Mattis
Secretary of Defense
United States Department of Defense
1000 Defense Pentagon
Washington DC  20301

Harvey Rishikof, Convening Authority
Department of Defense
Office of Military Commissions
4800 Mark Center Dr.,  Suite 11F09-02
Alexandria, VA  22350


        /s/  *Jessie A. Cook*
        JESSIE A. COOK