UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD KAMMEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:17-cv-03951-TWP-DML |
| | ) |
| GEN. JAMES N. MATTIS in his official capacity as SECRETARY OF DEFENSE, HARVEY RISHIKOF in his official capacity as CONVENING AUTHORITY, DEPARTMENT OF DEFENSE, OFFICE OF MILITARY COMISSIONS, COL. VANCE SPATH (AIR FORCE), in his official capacity as DEPARTMENT OF DEFENSE, MILITARY COMMISSION, | ) |
| | ) |
| Respondents. | ) |

## ORDER

Presently pending before the Court is Petitioner Richard Kammen's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Kammen's prayer for relief includes a request for an evidentiary hearing. If Mr. Kammen wishes to have an expedited hearing on his habeas petition, he must file a separate motion for emergency hearing as soon as possible.

The Magistrate Judge will contact Mr. Kammen's counsel to set a telephonic status conference in this matter. The United States Attorney or his designee is requested to participate.

**IT IS SO ORDERED.**

Date: 11/2/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jessie A. Cook
LAW OFFICE OF JESSIE A. COOK
jessieacook@icloud.com

Robert W. Hammerle
PENCE HENSEL LLC
rhammerle@pencehensel.com