UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD L. KAMMEN,<br>Petitioner,<br><br>v.<br><br>GEN. JAMES N. MATTIS<br>in his official capacity as SECRETARY<br>OF DEFENSE,<br><br>HARVEY RISHIKOF,<br>in his official capacity as CONVENING<br>AUTHORITY, DEPARTMENT OF<br>DEFENSE, OFFICE OF MILITARY<br>COMISSIONS<br><br>COL. VANCE SPATH (AIR FORCE), in<br>his official capacity as DEPARTMENT OF<br>DEFENSE, MILITARY COMMISSION,<br><br>Respondents. | Case No.1:17-cv-03951-TWP-DML |

## VERFICATION OF PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR DECLARATORY JUDGMENT

I, Richard L. Kammen, do swear or affirm under penalties for perjury, that the allegations contained in my Petition for Writ of Habeas Corpus and Motion for Declaratory Judgement filed on November 2, 2017 under the above cause number are true to the best of my knowledge, information and belief.

_____
Richard Kammen

Dated: November 2, 2017

## CERTIFICATE OF SERVICE

      I certify a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Col. Vance Spath, Military Judge, was served via email at martin.l.sims.civ@mail.mil because on information and belief there is no mail service in Guantanamo Bay, Cuba.

      The following parties have been served via United States Mail with first class postage affixed:

General James Mattis  
Secretary of Defense  
United States Department of Defense  
1000 Defense Pentagon  
Washington DC  20301

Harvey Rishikof, Convening Authority  
Department of Defense  
Office of Military Commissions  
4800 Mark Center Dr.,  Suite 11F09-02  
Alexandria, VA  22350

/s/ *Jessie A. Cook*  
JESSIE A. COOK

Law Office of Jessie A. Cook  
400 Wabash Avenue #212  
Terre Haute, IN 47807  
(812) 232-4634  
jessieacook@icloud.com