**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RICHARD L. KAMMEN,<br><br>    *Petitioner*,<br><br>v.<br><br>GEN. JAMES MATTIS in his official capacity as SECRETARY OF DEFENSE, and<br><br>HARVEY RISHIKOF, in his official capacity as CONVENING AUTHORITY, DEPARTMENT OF DEFENSE, OFFICE OF MILITARTY COMMISSONS, and<br><br>COL. VANCE H. SPATH (AIR FORCE), in his official capacity as MILITARY JUDGE, MILITARY COMMISSIONS TRIAL JUDICIARY, DEPARTMENT OF DEFENSE,<br><br>    *Respondents*. | No. 1:17-cv-03951-TWP-DML |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following attorney on behalf of the Respondents in the above-captioned case:

>ANDREW I. WARDEN
>Indiana Bar No. 23840-49
>Senior Trial Counsel
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW
>Washington, DC 20530
>Tel: (202) 616-5084
>Fax: (202) 616-8470
>E-mail: andrew.warden@usdoj.gov

1

The undersigned attorney is a member of the bar of this Court and appears pursuant to Local Rule 83-5.

Dated: November 21, 2017            Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

TERRY M. HENRY
Assistant Director
Civil Division, Federal Programs Branch

/S/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar #23840-49)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel.: (202) 616-5084
Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov

DISTRIBUTION:
Robert Hammerle, Counsel for the Petitioner
Jessie A. Cook, Counsel for the Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2017, a copy of the foregoing notice of appearance was filed electronically using the Court's CM/ECF filing system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system, including the following counsel:

>Robert Hammerle,
>rhammerle@pencehensel.com
>
>Jessie A. Cook:
>jessieacook@icloud.com
>
>*Attorneys for Petitioner*

>*/s/ Andrew I. Warden*
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>Tel: (202) 616-5084
>Fax: (202) 616-8470
>E-Mail: andrew.warden@usdoj.gov
>
>*Attorney for the United States*